THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON 
 AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Tommy Phillips,       
Appellant.
 
 
 

Appeal From Lexington County
L. Casey Manning, Circuit Court Judge

Unpublished Opinion No. 2004-UP-263
Submitted February 20, 2004  Filed 
 April 19, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office 
 of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Donald V. Myers, of Lexington, for Respondent.
 
 
 

PER CURIAM:  Tommy L. Phillips pled guilty 
 to one count of first-degree burglary and armed robbery, and three counts of 
 second-degree burglary.  He was sentenced to concurrent sentences of fifteen 
 years in prison for each count of second-degree burglary and seventeen years 
 in prison for first-degree burglary and armed robbery.  Phillips appeals, arguing 
 his guilty plea did not comply with the mandates set forth in Boykin v. Alabama, 
 395 U.S. 238 (1969).  On appeal, counsel for Phillips has filed a brief pursuant 
 to Anders v. California, 386 U.S. 738 (1967), asserting that there were 
 no meritorious grounds for appeal and requesting permission to withdraw from 
 further representation.  Phillips has not filed a pro se response.  

After a thorough review of the record pursuant 
 to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED. [1] 
 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.